IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALIU ALABI,

    Plaintiff,

vs.                                                                                            1:18-cv-00931-RB-LF

SONNY PERDUE, SECRETARY,
U.S. DEPARTMENT OF AGRICULTURE,

    Defendant.

## **ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN**

At the Rule 16 scheduling conference held on May 13, 2019, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 24), filed on April 25, 2019, and adopted it as modified in the Court's Order Setting Case Management Deadlines and Discovery Parameters (Doc. 31), filed concurrently with this Order.

                                                            _____
                                                            Laura Fashing
                                                            United States Magistrate Judge